IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:22cr366-MHT
                            )             (WO)
TAELOR AMIE OWENS           )
```

## SUPPLEMENTAL ORDER ON TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Taelor Amie Owens to receive substance-abuse treatment in conjunction with mental-health treatment. Such mental-health treatment shall be in accordance with the detailed recommendations of Dr. Ashlee Zito. *See* Forensic Psychological Evaluation (Doc. 91-1) at 20. This treatment shall begin with a psychiatric consultation to determine defendant Owens's psychotropic medication needs. Defendant Owens shall have an additional psychological evaluation, from

Dr. Zito if possible, to determine whether she should receive inpatient treatment and what type of treatment she should receive.  Her treatment shall be intensive and shall include at least individual psychotherapy to address her past traumas and current distress, to better learn how to regulate her emotions, and to assist with maintaining sobriety and rebuilding relationships with her children.  Additional therapeutic goals may include processing grief surrounding the passing of several friends and assisting with vocational opportunities.  Dialectic behavioral therapy, or DBT is recommended.  Her mental-health provider(s) shall have expertise in treating depression, anxiety, trauma, and borderline personality traits.

    (2)  Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Owens is faring.

(3) The United States Probation Office shall ensure that, prior to beginning treatment, any mental-health practitioner treating defendant Owens receives a copy of the psychological evaluation(s) conducted by Dr. Ashlee Zito.  *See* Forensic Psychological Evaluation (Doc. 91-1).

DONE, this the 17th day of October, 2023.

                                         /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE